UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAN OCEAN CO. LTD,

        Plaintiff,

– against –

CLEARLAKE SHIPPING PTE LTD.,

        Defendant.

**ORDER**

18 Civ. 8776 (ER)

RAMOS, D.J.:

    On October 17, 2019, interested party Clearlake Chartering USA, Inc. moved this Court to vacate an attachment obtained by the plaintiff. On November 21, 2019, the parties stipulated to the dismissal of this case with prejudice and the release of any attached funds. Accordingly, Clearlake Chartering's motion is DENIED as moot, and the Clerk of Court is directed to terminate the motion, Doc. 18. The Clerk is futher directed to close the case.

It is SO ORDERED.

Dated:   April 6, 2020
         New York, New York

                                          EDGARDO RAMOS, U.S.D.J.